UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

MABEL ARREDONDO,

    Plaintiff,

v.

PROTECT MY CAR, LLC,

    Defendant.
_____/

Case No. 3:22-cv-00209-KC

**[PROPOSED] ORDER GRANTING DEFENDANT PROTECT MY CAR, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

**THIS MATTER** is before the Court upon Defendant Protect My Car, LLC's Unopposed Motion for Extension of Time to Respond to Plaintiff Mabel Arredondo's Complaint (the "Motion"). Upon review of the Motion, as well as the record in this matter, it is ORDERED AND ADJUDGED as follows:

1.  The Motion is GRANTED.

2.  Defendant Protect My Car, LLC's deadline to respond to Plaintiff's Complaint is extended up to and including August 12, 2022.

DONE AND ORDERED in Chambers in Fort El Paso, Texas this ___ day of July, 2022.

 

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE